# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FLOYD MARKHAM, JR.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No. CIV-18-1247-G** |
| | ) |
| **HECTOR RIOS, JR., et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

This matter comes before the Court for review of the Report and Recommendation (Doc. No. 40) issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).  Plaintiff Floyd Markham, Jr. brought this action under 42 U.S.C. § 1983, alleging various violations of his constitutional rights.

Judge Mitchell recommends that this action be dismissed for failure to effect timely service.  *See* R. & R. at 7.  Judge Mitchell expressly informed Plaintiff of his right to object to the Report and Recommendation and the consequences of failing to do so.  *See id.*  Plaintiff has not filed a written objection to the Report and Recommendation within the allotted time period, nor has he requested additional time to object.  Finding that Plaintiff has waived further review of all issues addressed in the Report and Recommendation, *see Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991), the Court ADOPTS the Report and Recommendation in its entirety, as though fully set forth herein.

It is therefore ORDERED that the Report and Recommendation (Doc. No. 40) is ADOPTED, and the Complaint (Doc. No. 1-2) is DISMISSED without prejudice to

refiling.  A separate judgment shall be entered.

    IT IS SO ORDERED this 18th day of May, 2020.

_____
CHARLES B. GOODWIN
United States District Judge